UNITED STATES of America, Plaintiff—Appellee,

v.

Carlton Lamont MURDOCK, Defendant—Appellant.

No. 12–6043.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Carlton Lamont Murdock, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlton Lamont Murdock appeals the district court's order denying his motion for sentence reduction under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Murdock,* No. 7:08–cr–00010–JCT–1 (W.D.Va. Dec. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*